

# THE THIRTEENTH COURT OF APPEALS

13-18-00114-CV

In the Interest of I.G. Jr. and O.I.G., Children

On appeal from the
36th District Court of San Patricio County, Texas
Trial Cause No. S-16-5199FL-A(B)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

June 21, 2018